# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OSI PHARMACEUTICALS, LLC, PFIZER INC., and GENENTECH, INC, | ) ) ) | |
| Plaintiffs, | ) ) | CONSOLIDATED |
| v. | ) ) | C.A. No. 15-772-SLR-SRF |
| APOTEX, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of B. Jefferson Boggs and Matthew L. Fedowitz of Merchant & Gould PC, 1701 Duke Street, Suite 310, Alexandria, Virginia 22314 to represent Defendants Breckenridge Pharmaceutical, Inc. and Natco Pharma Ltd. in this matter.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com
Christine D. Haynes (#4697)
haynes@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King St
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants Breckenridge Pharmaceutical, Inc. and Natco Pharma Ltd.*

Dated: April 29, 2016

## ORDER GRANTING MOTION

IT IS SO ORDERED this _____ day of _____, 2016.

_____
United States District Judge

RLF1 14452717v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective March 25, 2014, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
B. Jefferson Boggs, Jr.
Merchant & Gould
1701 Duke Street
Suite 310
Alexandria, VA 22314

DATE: April 28, 2016

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective March 25, 2014, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Matthew L. Fedowitz
Merchant & Gould
1701 Duke Street
Suite 310
Alexandria, VA 22314

DATE: April 28, 2016